IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GINGER RAY, | ) | |
| | ) | |
| Plaintiff, | ) | 7:07CV5016 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CENTRAL GARDEN & PET COMPANY, | ) | |
| PENNINGTON SEED, INC. and | ) | |
| PENNINGTON SEED OF NEBRASKA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Extend Deposition Deadline to Conduct 30(b)(6) Deposition (Filing No. 79).  The defendants filed a brief (Filing No. 80) in response.  On March 23, 2009, the court held a telephone conference with counsel for the parties regarding the motion.  Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend Deposition Deadline to Conduct 30(b)(6) Deposition (Filing No. 79) is granted.

2. The plaintiff shall have until **April 3, 2009**, to conduct a Fed. R. Civ. P. 30(b)(6) deposition of the defendant Pennington Seed, Inc. of Nebraska.  However, the *duces tecum* request is limited to policies and manuals of the company, together with documents already produced.  The witness may be asked to list other documents. Thereafter, the parties may apply to the court to determine the scope of any additional production.

DATED this 23rd day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge