## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GINGER RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 7:07-cv-05016-JFB-TDT |
| v. ) | |
| ) | |
| CENTRAL GARDEN AND PET ) | |
| COMPANY, a Delaware Corporation, ) | |
| PENNINGTON SEED, INC., a Delaware ) | |
| Corporation, and ) | |
| PENNINGTON SEED, INC. OF ) | |
| NEBRASKA, a Nebraska Corporation, ) | |
| ) | |
| Defendants. ) | |

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER COMES before the Court on the parties' Joint Stipulation for Dismissal with Prejudice.

The Court having reviewed the Joint Stipulation and the file herein, and being fully advised in the premises, hereby ORDERS that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys fees and costs.

Dated this 28th day of April, 2009.

BY THE COURT

**s/ Joseph F. Bataillon**
Chief Judge, United States District Court

EMPLOY\413572.1